**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| 100M WATERFORD LLC | Case No. 15-14066-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M PEMBROKE LLC, | Case No. 15-14067-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M WESTON LLC, | Case No. 15-14069-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M SUNSET LLC, | Case No. 15-14070-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M PLANTATION LLC, | Case No. 15-14072-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M PINECREST LLC, | Case No. 15-14074-BKC-AJC |
| Debtor._____/ | |

| | |
|---|---|
| In re: | Chapter 11 |
| 100M MIDTOWN LLC, | Case No. 15-14075-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M KENDALL LLC, | Case No. 15-14077-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M ARLINGTON LLC, | Case No. 15-14078-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M WEST KENDALL LLC | Case No. 15-14079-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100M LINCOLN LLC, | Case No. 15-14080-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100 M OPERATOR LLC, | Case No. 15-14083-BKC-AJC |
| Debtor._____/ | |

| | |
|---|---|
| In re: | Chapter 11 |
| 100 M FRANCHISE LLC, | Case No. 15-14086-BKC-AJC |
| Debtor._____/ | |
| In re: | Chapter 11 |
| 100 M HOLDING INC, | Case No. 15-14087-BKC-AJC |
| Debtor._____/ | |

### *EX-PARTE* MOTION BY CHAPTER 11 DEBTORS FOR JOINT ADMINISTRATION OF CASES

100M WATERFORD LLC , 100M PEMBROKE LLC,  100M WESTON LLC, 100M SUNSET LLC,  100M PLANTATION LLC, 100M PINECREST LLC, 100M MIDTOWN LLC, 100M KENDALL LLC, 100M ARLINGTON LLC, 100M  WEST  KENDALL  LLC,  100M LINCOLN LLC, 100 M OPERATOR LLC,  100 M FRANCHISE LLC and 100 M HOLDING INC, (collectively, the "Debtors"), by and through counsel, and pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1(B), hereby file this *Ex-Parte* Motion By Chapter 11 Debtors for Joint Administration of Cases (the "Motion").  In further support of this Motion, the Debtors respectfully represent as follows:

**Jurisdiction and Background**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On March 4, 2015 (the "Petition Date"), 100 M Holding, Inc.,("Holding") and thirteen (13) of its subsidiaries and affiliates filed voluntary petitions for relief under Chapter 11

of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq* (the "Bankruptcy Code") commencing these chapter 11 cases (the "Chapter 11 Cases").

3. Holding is the parent company for all of the Debtors. Holding was incorporated in Delaware on January 21, 2010 and is the parent company and the owner of all of the equity interests in each of 100M Franchise, LLC ("Franchise") and 100M Operator, LLC ("Operator"). Holding does not own or operate any restaurants. Holding is a direct subsidiary of 100M Montaditos Internacional S.L., a Spanish company located in Seville, Spain, which together with certain affiliates is a leading food service and restaurant holding company in Europe and Latin America.

4. Operator in turn is the owner of all of the equity interests in each of the following operating Debtors (the "Operating Debtors"): 100M Waterford, LLC, 100M Pembroke, LLC, 100M Weston, LLC, 100M Sunset, LLC, 100M Plantation, LLC, 100M Pinecrest, LLC, 100M Midtown, LLC, 100M Kendall, LLC, 100M Arlington, LLC, 100M West Kendall, LLC and 100M Lincoln, LLC.

5. The Debtor, Franchise, is a Delaware limited liability company that was formed on December 21, 2009. Franchise is the franchisor in the United States of modern fast-casual restaurants (the "100 Montaditos Restaurants") featuring the décor of a 19th Century Spanish traditional tavern under the Spanish brand known as 100 Montaditos.

6. The Operating Debtors previously operated, and continue to operate, certain 100 Montaditos Restaurants under the brand 100 Montaditos in Florida, which restaurants offer 100 fresh-made varieties of a popular Mediterranean sandwich known as "montaditos" enjoyed over a beer or glass of wine and other beverages.

7. The 100 Montaditos Restaurants conduct business under the trade name, 100

Montaditos, and also use other related service marks, trademarks or logos (collectively, the "Marks"), which are owned by a separate Spanish company, but are licensed to Franchise for use in the United States pursuant to certain Trademark License Agreements.

8. Franchise is solely responsible for the U.S. franchise program. The first franchise in the United States opened in Miami in January 2011. Thereafter, 15 restaurants have launched in the United States, including Florida (Orlando, West Palm Beach and Miami) New York, Washington, D.C. and Arlington, Virginia. Franchise provides its franchisees with various services, including but not limited to, marketing services, training and operations.

9. The Debtors have certain interrelated liabilities, management, contractual arrangements and operations, including but not limited to operating from the same corporate headquarters at 1201 Brickell Avenue, Suite 210, Miami, Florida 33131.

10. The first bankruptcy case filed was by *100 M Waterford, LLC; Case No. 15-14066-BKC-AJC,* which case was assigned to Judge A. Jay Cristol. Of the thirteen (13) additional cases that were filed on the Petition Date, five (5) were assigned to Judge Robert A. Mark[1] (the "Judge Mark Cases") and three (3) were assigned to Judge Laurel M. Isicoff (collectively, the "Judge Isicoff Cases").[2]

11. On March 5, 2015, each of the Debtor cases assigned to Judge Mark and/or Judge Isicoff filed *Ex Parte* Motions to Transfer Bankruptcy Cases ("Transfer Motions") requesting the entry of Orders authorizing the transfer and reassignment of the Judge Mark Cases and Judge Isicoff Cases to Judge A. Jay Cristol for joint administration.

---

[1] 100M PEMBROKE LLC,                Case No. 15-14067-BKC-RAM
100M WESTON LLC,                     Case No. 15-14069-BKC-RAM
100M WEST KENDALL LLC,               Case No. 15-14079-BKC-RAM
100 M FRANCHISE LLC,                 Case No. 15-14086-BKC-RAM
100 M HOLDING INC,                   Case No. 15-14087-BKC-RAM
[2] 100M PLANTATION LLC,              Case No. 15-14072-BKC-LMI
100M MIDTOWN LLC,                    Case No. 15-14075-BKC-LMI
100M ARLINGTON LLC,                  Case No. 15-14078-BKC-LMI

12. On March 5, 2015, Judge Mark entered Orders granting the Transfer Motions and transferring the Judge Mark Cases to Judge Cristol [*See*, Case No. 15-14067-BKC-RAM, Case No. 15-14069-BKC-RAM, Case No. 15-14079-BKC-RAM, Case No. 15-14086-BKC-RAM and Case No. 15-14087-BKC-RAM].

13. On March 9, 2015, Judge Isicoff entered Orders granting the Transfer Motions and transferring the Judge Isicoff Cases to Judge Cristol [*See*, Case No. 15-14072-BKC-LMI; Case No. 15-14075-BKC-LMI; and Case No. 15-14078-BKC-LMI].

14. Given the affiliation of the Debtors and, more significantly, the common interests of the Debtors with respect to the reorganization of the Debtors' estates, joint administration of these Chapter 11 cases before Judge A. Jay Cristol under the case *In re 100 M Holding Inc.*; Case No.: 15-14087-BKC-AJC (the "Lead Case") shall, among other things: (i) preserve judicial resources and consistency of rulings that may impact on the Debtors and creditors of the estates; and (iii) avoid duplicity of pleadings, motions and other court papers filed during the proceedings.

15. Moreover, joint administration of the Debtors' Chapter 11 cases will protect both the Debtors and creditors against any conflict of interest between the estates.

16. For these reasons, the Debtors respectfully request that the Bankruptcy Court enter an order pursuant to Bankruptcy Rule 1015 for joint administration of these cases before Judge A. Jay Cristol under the Lead Case.

17. A proposed Order granting this Motion is attached hereto and has been uploaded to the Court in each of the Debtors' cases via CM/ECF.

**WHEREFORE**, the Chapter 11 Debtors, 100M WATERFORD LLC , 100M PEMBROKE LLC, 100M WESTON LLC, 100M SUNSET LLC, 100M PLANTATION LLC,

100M PINECREST LLC, 100M MIDTOWN LLC, 100M KENDALL LLC, 100M ARLINGTON LLC, 100M WEST KENDALL LLC, 100M LINCOLN LLC, 100 M OPERATOR LLC, 100 M FRANCHISE LLC and 100 M HOLDING INC, respectfully request that the Court enter an Order (i) directing the joint administration of the Debtors' estates under the Lead Case in accordance with the Local Rules of the U.S. Bankruptcy Court for the Southern District of District of Florida; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: March 9, 2015.

        Respectfully Submitted,

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
        *Proposed Attorneys for Debtors-in-Possession*
        200 East Broward Blvd. Suite 1110
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 453-8000
        Facsimile : (954) 453-8010

        By:   /s/ *Mariaelena Gayo-Guitian*
              Paul J. Battista, Esq.
              Florida Bar No. 884162
              pbattista@gjb-law.com
              Mariaelena Gayo-Guitian, Esq.
              Fla. Bar No.  0813818
              mguitian@gjb-law.com