**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | Chapter 11 |
| **100M WATERFORD LLC** | Case No.  15-14066-BKC-AJC |
| 100M PEMBROKE LLC, | Case No.  15-14067-BKC-AJC |
| 100M WESTON LLC, | Case No.  15-14069-BKC-AJC |
| 100M SUNSET LLC, | Case No.  15-14070-BKC-AJC |
| 100M PLANTATION LLC, | Case No.  15-14072-BKC-AJC |
| 100M PINECREST LLC, | Case No.  15-14074-BKC-AJC |
| 100M MIDTOWN LLC, | Case No.  15-14075-BKC-AJC |
| 100M KENDALL LLC, | Case No.  15-14077-BKC-AJC |
| 100M ARLINGTON LLC, | Case No.  15-14078-BKC-AJC |
| 100M WEST KENDALL LLC, | Case No.  15-14079-BKC-AJC |
| 100M LINCOLN LLC, | Case No.  15-14080-BKC-AJC |
| 100 M OPERATOR LLC, | Case No.  15-14083-BKC-AJC |
| 100 M FRANCHISE LLC, | Case No.  15-14086-BKC-AJC |
| 100 M HOLDING INC, | Case No.  15-14087-BKC-AJC |
| **Debtors.** | **(Jointly Administered under Case No. 15-14066-BKC-AJC)** |

_____/

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1 and Local Rule 2081-1(B), **100 M WATERFORD LLC,** and thirteen (13) of its affiliates, as jointly administered debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), by and through undersigned proposed counsel, files this Consolidated Chapter 11 Case Management Summary and states:

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

**March 4, 2015**

2. Names, case numbers and dates of filing (all filed on March 4, 2015) of related Debtors:

| | |
|---|---|
| **100M WATERFORD LLC** | Case No. 15-14066-BKC-AJC |
| **100M PEMBROKE LLC,** | Case No. 15-14067-BKC-AJC |
| **100M WESTON LLC,** | Case No. 15-14069-BKC-AJC |
| **100M SUNSET LLC,** | Case No. 15-14070-BKC-AJC |
| **100M PLANTATION LLC,** | Case No. 15-14072-BKC-AJC |
| **100M PINECREST LLC,** | Case No. 15-14074-BKC-AJC |
| **100M MIDTOWN LLC,** | Case No. 15-14075-BKC-AJC |
| **100M KENDALL LLC,** | Case No. 15-14077-BKC-AJC |
| **100M ARLINGTON LLC,** | Case No. 15-14078-BKC-AJC |
| **100M WEST KENDALL LLC,** | Case No. 15-14079-BKC-AJC |
| **100M LINCOLN LLC,** | Case No. 15-14080-BKC-AJC |
| **100 M OPERATOR LLC,** | Case No. 15-14083-BKC-AJC |
| **100 M FRANCHISE LLC,** | Case No. 15-14086-BKC-AJC |
| **100 M HOLDING INC,** | Case No. 15-14087-BKC-AJC |

On March 9, 2015, the Court entered an Order jointly administering all of the cases under the **100M WATERFORD LLC Case No. 15-14066-BKC-AJC** (the "Lead Case").

3. Description of debtor's business:

**100 M HOLDING, INC. ('Holding") is the parent company for all of the Debtors. Holding was incorporated in Delaware on January 21, 2010 and is the parent company and the owner of all of the equity interests in each of 100M Franchise, LLC, and 100M Operator, LLC.  Holding does not own or operate any restaurants.  Holding is a direct subsidiary of 100M Montaditos Internacional S.L., a Spanish company located in Madrid, Spain, which together with certain affiliates is a leading food service and restaurant holding company in Europe and Latin America.**

**100 M OPERATOR, LLC.** ("Operator") is a Delaware limited liability company that was formed on December 21, 2009 to operate and manage the company-owned restaurants and is the owner of all of the equity interests in each of the following operating Debtors (the "Operating Debtors"): 100M Waterford, LLC , 100M Pembroke, LLC, 100M Weston LLC, 100M Sunset LLC, 100M Plantation LLC, 100M Pinecrest LLC, 100M Midtown LLC, 100M Kendall LLC, 100M Arlington LLC, 100M West Kendall, LLC and 100M Lincoln, LLC.

**100M FRANCHISE, LLC** ("Franchise") is a Delaware limited liability company that was formed on December 21, 2009.  Franchise is the franchisor in the United States of modern fast-casual restaurants (the "100 Montaditos Restaurants") featuring the décor of a 19th Century Spanish traditional tavern under the Spanish brand known as 100 Montaditos.   The Operating Debtors previously operated, and continue to operate, certain 100 Montaditos Restaurants under the brand 100 Montaditos in Florida, which restaurants offer 100 fresh-made varieties of a popular Mediterranean sandwich known as "montaditos" enjoyed over a beer or glass of wine and other beverages.

The 100 Montaditos Restaurants conduct business under the trade name, 100 Montaditos, and also use other related service marks, trademarks or logos (collectively, the "Marks"), which are owned by a separate Spanish company, but are licensed to Franchise for use in the United States pursuant to certain Trademark License Agreements.

4. Locations of Debtors' operations and whether the business premises are leased or owned:

Franchise is solely responsible for the U.S. franchise program. The first franchise in the United States opened in Miami in January 2011. Thereafter, a number of additional restaurants have launched in the United States, including Florida (Orlando, Tampa, West Palm Beach, Miami, Miami Lakes and Miami Beach) New York, Washington, D.C. and Arlington, Virginia.  Franchise provides its franchisees with various services, including but not limited to, marketing services, training and operations.

The Debtors have certain interrelated liabilities, management, contractual arrangements and operations, including but not limited to operating from the same corporate headquarters at 1201 Brickell Avenue, Suite 210, Miami, Florida 33131.

All of the corporate owned restaurants and the corporate headquarters are leased.

5. Reasons for filing chapter 11:

A new management team was appointed in 2014 that is studying and conducting a new restructuring plan that will redefine the strategy and objectives of 100 Montaditos for the U.S. market. In order to accomplish this goal the company has filed Chapter 11 bankruptcy petitions which will allow the companies to reorganize without paralyzing its activity.

**This feasibility plan will allow 100 Montaditos to simplify its cost structure and group restaurants in certain areas of influence, which will enable the optimization of logistics processes.  Iconic locations like New York will remain, Washington DC and Miami, among others. The company is also considering extending the Master Franchise Model that it is already developing in Latin America in the United States.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

> **D. IGNACIO GARCÍA NIETO – Managing Director**
> **Annual Gross salary of $270,000 on a bi-weekly basis**
> **Monthly residential allowance being paid as of the Petition Date by Spanish parent company. In the year prior to the Petition Date, 100M Franchise paid residential allowance of $6,000.00.**
> **Monthly Company car lease allowance of $817**
> **Monthly Medical Insurance of $1,250.76 (Family)**

7. The Debtors' fiscal or calendar year to date gross income and the Debtors' gross income for the calendar or fiscal year prior to the filing of this petition:

**The Debtors' financial statements are currently being updated and finalized. Information regarding gross revenue will be included in the Debtors' schedules and in the documents provided to the US Trustee's Office in connection with the Initial Debtor Interview.**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

**Pre-petition payroll for two-week period ending March 15, 2015 – See Response to Item 11, below.**

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtors securing such claims:

NONE

**Certain landlords hold letters of credit or deposits, which will be listed on the Debtors' schedules.**

   c. Amount of unsecured claims/other secured claims:

**100M WATERFORD LLC - $43,764.11**
**100M PEMBROKE LLC - $45,405.27**
**100M WESTON LLC - $38,841.16**

   **100M SUNSET LLC - Unliquidated**
   **100M PLANTATION LLC - $46,570.36**
   **100M PINECREST LLC - $21,239.40**
   **100M MIDTOWN LLC - Unliquidated**
   **100M KENDALL LLC - $59,262.72**
   **100M ARLINGTON LLC - Unliquidated**
   **100M WEST KENDALL LLC - $94,092.77**
   **100M LINCOLN LLC - $650.00**
   **100 M OPERATOR LLC - $21,208.30**
   **100 M FRANCHISE LLC - $161,205.68**
   **100 M HOLDING INC - $11,343.61**

The above numbers are the Debtors' best estimates of trade debt as of the Petition Date. One or more of Debtors may owe amounts to certain landlords, but those amounts are contingent, unliquidated and subject to setoff. In addition, certain franchisees may assert that amounts are owed to them but all such amounts are contingent, unliquidated, disputed and subject to setoff.

  9.  General description and approximate value of the debtor's assets:

  **The Debtors own the trademarks, marks and licenses of "100 Montaditos" in the U.S. Market, franchise agreements and various FF&E.**

  **The Debtors' financial statements are currently being updated and finalized. Information regarding gross revenue will be included in the Debtors' schedules and in the documents provided to the US Trustee's Office in connection with the Initial Debtor Interview.**

  10.  List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

  **See Attached Schedule of Insurance Policies**

  **The Debtors insurance obligations were current as of the Petition Date.**

  11.  Number of employees and amounts of wages owed as of petition date:

  **As of the Petition Date, the Debtor, Franchise, employed approximately sixteen (16) full and part time Employees, including management, sales, operations, customer service and financial personnel.**

  **The Debtors, through OASIS, pay the Employees of Franchise semi-monthly. The first monthly period for the Employees covers the 1st through the 15th of the month and the second monthly pay period for the Employees covers the 16th through the last day of the month. Therefore, the payroll for the Employees to be distributed on Friday, March 13, 2014 is for the first monthly pay period ending March 15, 2015, which includes three (3)**

**days of Pre-Petition Employee Historically, the aggregate gross semi-monthly payroll for all Employees of Franchise is approximately $92,000.00, including taxes and benefits. There are two (2) Employees who would be considered an "insider" of the Debtors under the Bankruptcy Code, which Employees are entitled to receive pre-petition wages in the total sum of $4,426.15 and $3,115.38 respectively. Subject to Court approval, the amounts to be funded by the Debtors to OASIS for the period ending Sunday, March 15, 2015 to pay Pre-Petition Employee Obligations is $17,660.18.**

**Additionally, as of the Petition Date, the Operating Debtors employed approximately twelve (12) full and part time Employees at the operating restaurants, including store managers, cooks and servers.**

**The Operating Debtors, through ADP, pay their Employees every other week, two weeks in arrears. Each pay period for the Employees covers the two week period ending the Sunday before payroll is due. Therefore, the payroll for the Employees to be distributed on Friday is for the two week pay period ending Sunday, March 15, 2015, which will include 2 days of Pre-Petition Employee Obligations.**

**Historically, the aggregate gross bi-weekly payroll for all Employees of the Operating Debtors is approximately $16,000.00, including taxes and benefits. Subject to Court approval, the amounts to be funded by the Debtors to ADP for the period ending Sunday, March 15, 2015 to pay Pre-Petition Employee Obligations is $1,281.42.**

12. Status of Debtors' payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

**See above.**

13. Anticipated emergency/expedited relief to be requested within 14 days from the petition date:

a. Emergency Motions for Joint Administration
b. Emergency Motion For Entry Of An Interim And Final Order (A) Authorizing The Debtors To Obtain Secured Post-Petition Financing, (B) Granting Liens And Super-Priority Administrative Claim Status Under 11 U.S.C. §364(c) In Connection Therewith, (C) Granting Related Relief, And (D) Scheduling A Final Hearing
c. Emergency Motion to Pay Pre-Petition Wages, Continue Employee Benefits
d. Emergency Motion for Payment of Pre-Petition Sales/Use Taxes
e. Emergency Application to Retain Paul J. Battista and Genovese Joblove & Battista, P.A. as General Bankruptcy Counsel to Debtors-in-Possession Nunc Pro Tunc To The Petition Date.
f. Emergency Application Of The Debtors-In-Possession For Approval, On An Interim And Final Basis, Of Employment Of Soneet R. Kapila And KapilaMukamal As Financial Consultants And Accountants For The Debtors-In-Possession Nunc Pro Tunc To The Petition Date.

g. Motion to Establish Procedures for Interim Compensation for Professionals
h. Motion for Extension of Time to File Schedules and Statement of Financial Affairs (tentative)

        **100M WATERFORD LLC**
        **100M PEMBROKE LLC**
        **100M WESTON LLC**
        **100M SUNSET LLC**
        **100M PLANTATION LLC**
        **100M PINECREST LLC**
        **100M MIDTOWN LLC**
        **100M KENDALL LLC**
        **100M ARLINGTON LLC**
        **100M WEST KENDALL LLC**
        **100M LINCOLN LLC**
        **100 M OPERATOR LLC**
        **100 M FRANCHISE LLC**
        **100 M HOLDING INC**

By: _____
        D. IGNACIO GARCÍA NIETO,
        **Authorized Representative**

Dated: March 13, 2015.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Proposed Attorneys for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By: ___/s/___ *Paul J. Battista* _____
      Paul J. Battista, Esq.
      Florida Bar No. 884162
      pbattista@gjb-law.com
      Mariaelena Gayo-Guitian, Esq.
      Fla. Bar No. 0813818

In re 100M Waterford LLC, et al.
Schedule of Insurance Policies

| Insurance Company | Policy Number | Policy Description | Policy Expiration |
|---|---|---|---|
| Travelers | IHUB-4A68287-7-14 | Workers Compensation | 7/30/2015 |
| Federal Insurance Company | 8224-2103 | Management Liability | 10/13/2015 |
| Continental Insurance Company | PST595002170 | International Liability Policy | 5/29/2015 |
| Evanston Insurance Company | EO857862 | Errors & Omissions | 8/29/2015 |
| Allied Property and Casualty Insurance Company | ACPCIMP5935156644 | Commercial Inland Marine | 7/30/2015 |
| Nationwide Insurance Company of America | ACPCPPZ593515644 | Commercial Property | 7/30/2015 |
| Nationwide Insurance Company of America | ACPGLZO5935156644 | Commercial General Liability | 7/30/2015 |
| Allied Property and Casualty Insurance Company | ACPCAP5935156644 | Commercial Excess Liability | 7/30/2015 |
| Nationwide Insurance Company of America | ACPBAZ5935156644 | Business Auto | 7/30/2015 |
| Citizens Property Insurance Corporation | 00012754-1 | Windstorm Policy | 5/12/2015 |
| Allied Property and Casualty Insurance Company | ACPBPFD3006970039 | Business Owners Policy | 12/6/2015 |
| Allied Property and Casualty Insurance Company | ACPCAP3006970039 | Commercial Umbrella | 12/6/2015 |
| Zenith Insurance Company | Z126893601 | Workers Compensation | 12/6/2015 |