UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                              CHAPTER 11

100M WATERFORD LLC, et al.,

                                                    CASE NO.:  15-14066-AJC
_____Debtor(s)._____/             (Jointly Administered)


## APPOINTMENT AND NOTICE OF APPOINTMENT OF
## JOINT[1] COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

        Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the
following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A"
ATTACHED

        I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF
APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED
CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed
on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the
instant matter and to:  All parties on the attached service list on this the 13th day of April, 2015.


                                    GUY G. GEBHARDT
                                    Acting United States Trustee
                                    Region 21


                                    By: /s/_____
                                    Johanna P. Armengol
                                    Trial Attorney
                                    Office of the U.S. Trustee
                                    51 SW First Avenue, Suite 1204
                                    Miami, FL 33130
                                    Tele:  (305) 536-7285
                                    Fax:  (305) 536-7360
                                    Johanna.armengol@usdoj.gov

---

[1]        The Joint Committee is being appointed in 100M Waterford LLC Case No. 15-14066-AJC; 100M
Pembroke LLC Case No. 15-14067-AJC; 100M Weston LLC Case No. 15-14069-AJC; 100M Sunset LLC Case No.
15-14070-AJC; 100M Plantation LLC Case No. 15-14072-AJC; 100M Pinecrest LLC Case No. 15-14074-AJC;
100M Midtown LLC Case No. 15-14075-AJC; 100M Kendall LLC Case No. 15-14077-AJC; 100M Arlington LLC
Case No. 15-14078-AJC; 100M West Kendall LLC Case No. 15-14079-AJC; 100M Lincoln LLC Case No. 15-
14080; 100M Operator LLC Case No. 15-14083-AJC; 100M Franchise LLC Case No. 15-14086-AJC; and 100M
Holding Inc. Case No. 15-14087-AJC.

## EXHIBIT A

*Joe Carosella
Managing Member
Retail Property Group, Inc.
101 Plaza Real South, Suite #200
Boca Raton, FL  33432
Tele:  561-961-1732
Cell:  954-647-6790
Fax:  561-961-1744
E-mail:  Jcarosella@RPG123.com

Courtesy copy to:
Steven Solomon, Esq.
Gray Robinson
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tele: 305-416-6880
steven.solomon@gray-robinson.com

Clifford Stein
Managing Member of SRA/Lincoln Theater-MM, LLC
Managing Member of SRA/Lincoln Theater, LLC
5345 Pine Tree Dr.
Miami Beach, FL  33140
Tele:  305-866-1546, Ext. #106
Fax:  305-868-1783
E-mail:  cliff@servitorcompanies.com

George Halper
General Manager
Eagle Brands Sales
3201 NW 72nd Avenue
Miami, FL  33122
Tele:  305-401-4572
Fax:  305-477-6162
E-mail:  ghalper@eaglebrands.com

## SERVICE LIST

- Adam L Alpert    aalpert@bushross.com, ebishop@bushross.com;bnkecf@bushross.com
- Eric N Assouline    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- Alexandra D Blye    ablye@cfjblaw.com, kdemar@cfjblaw.com;wpbecf@cfdom.net
- Eric C Cotton    ecotton@ddr.com
- Drew M Dillworth    ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com
- Michael Foster    mcf@trippscott.com, jlr@trippscott.com;iah@trippscott.com
- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;jkleinman@fgllp.com
- Mariaelena Gayo-Guitian    mguitian@gjb-law.com, gjbecf@gjb-law.com;vlambdin@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Paul J. Keenan, Jr.    keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Matthew S Kish    matt@kish-law.com, kishmatthew@ecf.inforuptcy.com
- Carl L Kitchner    ckitchner@broward.org, swulfekuhle@broward.org
- Matthew G Krause    mkrause@ls-law.com, afraas@ls-law.com
- Paul J McMahon    pjm@pjmlawmiami.com
- Ari Newman    newmanar@gtlaw.com, crossmann@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Edward J Pfister    epfister@phillipslawyers.com, ttrippe@phillipslawyers.com
- Zach B Shelomith    zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com
- Annette Urena Tucker    amu@trippscott.com, jlr@trippscott.com;iah@trippscott.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;antimm@simon.com;bankruptcy@simon.com
- Dean C Waldt    waldtd@ballardspahr.com, direnzop@ballardspahr.com;pollack@ballardspahr.com


Jose Gamboa
Jose GG Service and Repairs, LLC
3770 SW 133 Avenue
Miami, FL  33175

Daniel Alonso Brito
DAAB Food Services, LLC
6901 SW 120 Street
Pinecrest, FL  33156

Gerardo Caso
Managing Member
CMC Global Market, LLC
10773 NW 58th Street, Suite #279
Doral, FL  33178

Jeffrey Holland
HRG, Inc.
P. O. Box  1085
Moline, IL  61266

Luis Comella
Agropecuaria Mallorca II Corp.
c/o Leon F. Hirzel, Esq.
Hirzel & Dreyfuss, P.A.
333 S.E. 2nd Ave., Suite #2000
Miami, FL 33131

Jorge Barboza
Agropecuaria Mallorca Corp.
6360 NW 114 Ave., Suite #231
Doral, FL  33178

Roberto Pappaterra
Monti International, LLC
3252 N. E. 1st Avenue, Suite #104
Miami, FL  33137

Paul Fontecilla
Inversiones P & K, LLC
218 S. E. 14th St., Suite #1901
Miami, FL  33131

Paul Fontecilla
Brickell Monti, LLC
218 S. E. 14th St., Suite #1901
Miami, FL  33131

Luigi Annese
AGSM Management and Food Service, LLC
2839 Valeria Rose Way
Ocoee, FL  34761

Juan Miguel Perez Rodriguez
Lincoln Operator, LLC
c/o Leon Hirzell, Esq.
333 S. E. 2nd Ave., Suite #2000
Miami, FL  33131

Gustavo Gomez
Thunkgusto, LLC
c/o Leon Hirzell, Esq.
333 S. E. 2nd Ave., Suite #2000
Miami, FL  33131

4